UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARCUS DOWNIE,<br>    Petitioner,<br><br>v.<br><br>DOUG DRETKE, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE-INSTITUTIONAL DIVISION,<br>    Respondent. | §<br>§<br>§<br>§     C.A. NO. C-04-685<br>§<br>§<br>§<br>§<br>§ |

## MEMORANDUM OPINION AND ORDER GRANTING RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

On October 21, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 18). Objections were timely filed (D.E. 21). Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, respondent's Motion for Summary Judgment (D.E. 15) is GRANTED, and petitioner's cause of action for habeas corpus relief is DISMISSED as time barred.

ORDERED this    31st    day of    January   , 2006.

*[signature: Hayden Head]*

HAYDEN HEAD
CHIEF JUDGE